UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR LEASE CORPORATION; ALC B378 41345, LLC; AND ALC B378 37772, LLC,<br><br>   Plaintiffs/Counter-Defendants,<br><br>vs.<br><br>FAR EASTERN AIR TRANSPORT CORP., A FOREIGN CORPORATION,<br><br>   Defendant/Counter-Plaintiff. | Case No. 2:16-cv-5601-MWF-JEM<br><br>**PROTECTIVE ORDER REGARDING PROTECTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |

Based upon stipulation of the parties, and good cause appearing, documents and information deemed "Confidential" or "Attorneys' Eyes Only" by the parties shall be treated as such, and in accordance with the terms of the Stipulation and Protective Order Regarding Protection of Confidential Documents and Information on file herein.

**IT IS SO ORDERED.**

Dated:  March 17 , 2017

John E. McDermott
Honorable John E. McDermott
United States Magistrate Judge