JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR LEASE CORPORATION; ALC B378 41345, LLC; AND ALC B378 37772, LLC,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>FAR EASTERN AIR TRANSPORT CORP.,<br><br>Defendant/Counter-Plaintiff. | Case No. CV 16-5601- MWF (JEMx)<br><br>**JUDGMENT AFTER TRIAL** |

This action was filed on July 27, 2016. All claims have now been resolved, as follows:

By the Court's Order re: Air Lease Corp.'s Motion for Partial Summary Judgment and Far Eastern Air Transport Corp.'s Motion for Summary Judgment (Docket No. 196), the Court granted summary judgment in favor of Plaintiffs as to their Fifth, Sixth, and Seventh Claims for Relief, and against Defendant as to its Third Counterclaim. The Court additionally granted summary judgment in favor of Defendant as to Plaintiffs' Ninth Claim for Relief.

The remaining claims and counterclaims came on regularly for trial on September 25, 2018. Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

1. As to all remaining claims and counterclaims, judgment is entered in favor of Plaintiffs and against Defendant.
2. Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $23,374,200.
3. Plaintiffs are awarded simple prejudgment interest pursuant to California Civil Code § 3289(b).
4. Plaintiffs are awarded attorneys' fees pursuant to section 23.4 of the lease agreements for MSN 41345 and MSN 37772.
5. Plaintiffs are awarded their costs as provided by law.

Dated: May 29, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge